UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Gerald Whitaker,
Kathryn Whitaker,

        Plaintiff(s),

        v.                                    Civil Action No. 2:20-cv-120

Martin Kasofsky,

        Defendant.

## **ORDER**

On or before November 18, 2020, Defendant shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 5th day of November 2020.

                                            /s/ John M. Conroy
                                            John M. Conroy
                                            United States Magistrate Judge